UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

American Medical Systems, Inc.,

Plaintiff,

v.

Boston Scientific Corporation,

Defendant.

Civil File No. 00-cv-760 DWF/AJB

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

The parties hereby stipulate that defendant Boston Scientific Corporation may have until May 19, 2000, to answer, move or otherwise plead in response to the Complaint of plaintiff American Medical Systems, Inc., in this matter.

Dated: 4/17, 2000

OPPENHEIMER WOLFF & DONNELLY

Jacob M. Holdreith

Jacob M. Holdreith (#211011)
3400 Plaza VII Building
45 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 607-7000

Attorneys for Plaintiff American Medical Systems, Inc.

FILED APR 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 4/17, 2000

DORSEY & WHITNEY LLP

Paul J. Robbennolt (#240497)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

HOWREY & SIMON
Robert F. Ruyak
Matthew M. Wolf
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (612) 783-0800

Attorneys for Defendant Boston Scientific Corporation

**ORDER**

**IT IS HEREBY ORDERED** that defendant Boston Scientific Corporation may have until May 19, 2000, to answer, move or otherwise plead in response to the Complaint in this matter.

Dated: __________

Arthur J. Boylan
Magistrate Judge
United States District Court